IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MITSUKO TUTHILL,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civil No. 3:09-CV-5468-BHS-JRC

ORDER AMENDING
SCHEDULING ORDER

Based upon the motion by Defendant and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including January 26, 2010 to file Defendant's responsive brief;
- Plaintiff shall file the optional Reply Brief on or before February 9, 2010; and
- Oral argument shall be requested on or before February 16, 2010.

DATED this 16th day of December 2009.

*/s/ J. Richard Creatura*

J. RICHARD CREATURA
UNITED STATES MAGISTRATE JUDGE

Page 1    ORDER - [3:09-CV-5468-BHS-JRC]