UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| MITSUKO TUTHILL, | Civil No. 3:09-cv-5468-BHS-JRC |
|---|---|
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's Second Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 15, 2010, to file Defendant's responsive brief;
- Plaintiff shall have up to and including March 29, 2010, to file an optional reply brief; and
- Oral argument shall be requested by April 5, 2010.

DATED this 26th day of January 2010.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:09-cv-5468-BHS-JRC]