United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MITSUKO TUTHILL,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. C09-5468-BHS-JRC<br><br>ORDER FOR EXTENSION OF TIME TO FILE REPLY BRIEF |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Reply Brief shall be filed on or before April 14, 2010. Oral argument, if desired, shall be requested by April 21, 2010.

DATED this 30th day of March, 2010.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF- [C09-5468-BHS-JRC] - 1

Law Office of Eitan Kassel Yanich
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226