# United States District Court
WESTERN DISTRICT OF WASHINGTON

MITSUKO TUTHILL

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5468BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **DECLINES** to adopt the Report and Recommendation, and this matter is **REMANDED** to the ALJ for a rehearing.

| | |
|---|---|
| August 11, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |